THE STAMFORD WATER COMPANY, Respondent, *v.* HERBERT STANLEY et al., Appellants.

(Argued October 5, 1886; decided October 19, 1886.)

*S. L. Mayham,* for appellants.

*J. H. Maynard,* for respondent.

Agree to affirm on opinion below.
All concur.
Judgment affirmed.

---

THE PEOPLE, ex. rel. JOHN T. CUMING, Appellant, *v.* JOSEPH KOCH et al., COMMISSIONERS, etc., Respondents.

(Argued October 5, 1886 ; decided October 19, 1886.)

*Henry Thompson,* for appellants.

*D. J. Dean,* for respondents.

Agreed to affirm ; no opinion.
All concur.
Judgment affirmed.